

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-15-00127-CV

---

REBECCA MARTINEZ, APPELLANT

V.

RAFAEL PEREZ, APPELLEE

---

On Appeal from the County Court at Law No 1
Tarrant County, Texas
Trial Court No. 2015-000743-1, Honorable Don Pierson, Presiding

---

July 30, 2015

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

We will dismiss the appeal of appellant Rebecca Martinez for want of prosecution and for appellant's failure to comply with the appellate rules and this Court's orders. TEX. R. APP. P. 37.3(b) & 42.3(b) and (c).

Appellant filed notice of appeal on March 13, 2015. After the deadline to file the appellate record had passed, the county clerk and court reporter notified the Court that appellant had not requested preparation of the reporter's record and had not made

arrangements to pay for the clerk's record or the reporter's record. *See* TEX. R. APP. P. 35.3. By letter of June 3, we ordered appellant to request preparation of the reporter's record and to make acceptable payment arrangements for both records by June 15. Appellant failed to make such arrangements by this deadline. By letter of June 26, the Court again ordered appellant to request the reporter's record and to make payment arrangements for the appellate record. The Court notified appellant that failure to do so by July 10 would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3. Appellant again failed to comply with the Court's order as she did not request the reporter's record or make payment arrangements for the clerk's record or the reporter's record.

Accordingly, the appeal is dismissed.


James T. Campbell
Justice